**Dismissed; Opinion Filed September 19, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00253-CV

**COLE & COLE, P.C. AND ROBERT R. COLE, JR., Appellants**
**V.**
**SEAN DYAR, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04261**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Partida-Kipness

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), appellants move to dismiss this

appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190253F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COLE & COLE, P.C. AND ROBERT R. COLE, JR., Appellants

No. 05-19-00253-CV      V.

SEAN DYAR, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-04261.
Opinion delivered by Justice Partida-Kipness, Justices Bridges and Molberg participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Sean Dyar recover his costs, if any, of this appeal from appellants Cole & Cole, P.C. and Robert R. Cole, Jr.

Judgment entered this 19th day of September, 2019.